**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-6023**

_____

BILLY JUNIOR ARTIS,

              Plaintiff - Appellant,

      v.

CAPTAIN WILLIAMS; LIEUTENANT KELLY; SERGEANT JACKSON; OFFICER WAFFER; MS. WASHINGTON; ADMINISTRATOR DANIELS; ASSISTANT SUPERINTENDENT COBB; WATSON GOODMAN, III; MS. DAWSON; CAPTAIN MAY,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:15-ct-03070-BO)

_____

Submitted: March 30, 2017                     Decided: April 4, 2017

_____

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Billy Junior Artis, Appellant Pro Se. Yvonne Bulluck Ricci, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Junior Artis appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) action without prejudice for failure to exhaust his administrative remedies. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Artis' informal brief does not challenge the basis for the district court's disposition, Artis has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*